# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-0349-CR-W-GAF |
| | ) |
| JOHN T. BEYERS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is defendant's Motion to Suppress Evidence (Doc. #14). Defendant seeks to suppress all evidence obtained as a result of the warrantless searches of his residence on May 17, 2013, and personal effects on May 20, 2013.

On June 20, 2014, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing. On July 30, 2014, Judge Maughmer issued his Report and Recommendation (Doc. #24). No objections were filed to the Report and Recommendation.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #14) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 19, 2014